

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                       |   |                              |
|-----------------------|---|------------------------------|
|                       | § |                              |
| RUBEN CAZARES,        | § | No. 08-15-00266-CR           |
| Appellant,            | § | Appeal from the              |
| v.                    | § | 41st District Court          |
| THE STATE OF TEXAS,   | § | of El Paso County, Texas     |
| State.                | § | (TC# 20140D00210)            |
|                       | § |                              |

**O R D E R**

The Court GRANTS the State's Motion to Postpone the February 9, 2017 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 6th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.